```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ANDREW L. GRADMAN
    Special Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   ) CASE NO.: 1:12-cr-00164-AWI-DLB
                                )
12               Plaintiff,     ) STIPULATION REGARDING EXCLUDABLE
                                ) TIME PERIODS UNDER SPEEDY TRIAL
13         v.                   ) ACT; FINDINGS AND ORDER
                                )
14  CESAR MOLINA-MEJIA,         )
                                )
15               Defendant.     )
                                )
16
         Plaintiff United States of America, by and through its counsel of
17
    record, and defendant, by and through his/her counsel of record,
18
    hereby stipulate as follows:
19
         1.   By previous order, this matter was set for status on **July 9,
20
    2012 at 10:00 a.m.**
21
         2.   By this stipulation, defendant now moves to continue the
22
    status conference until **July 16, 2012 at 10:00 a.m.** and to exclude
23
    time between **July 9, 2012** and **July 16, 2012** under 18 U.S.C.§
24
    3161(h)(7)(A) and B(iv).  Plaintiff does not oppose this request.
25  //
26  //
27
28
                        - 1 -   STIPULATION TO CONTINUE STATUS CONFERENCE
                                                      AND ORDER THEREON
```

3. The parties agree and stipulate, and request that the Court find the following:

    A. The government has represented that the discovery associated with this case includes 98 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    B. Counsel for defendant desires additional time for the following: **Review of discovery; discussion of fast-track plea offer with defendant; defense preparation. In addition, the current status conference poses a time conflict, and as a panel appointee, counsel must personally appear on the matter.**

    C. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    D. The government does not object to the continuance.

    E. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    F. **Exclusion of time:** For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of **July 9, 2012** to **July 16, 2012**, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated: July 3, 2012          By:   /s/ Andrew L. Gradman
                                   ANDREW L. GRADMAN
                                   Special Assistant U.S. Attorney

Dated: July 3, 2012          By:   /s/ David A. Torres
                                   DAVID A. TORRES

                                   Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: July 5, 2012          _____
                             CHIEF UNITED STATES DISTRICT JUDGE